# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Carry On Wayward Son |
| Line 3 | Writer(s) | Kerry Livgren |
| Line 4 | Publisher Plaintiff(s) | Don Kirshner Entertainment Company and Cruven, Inc., a joint venture d/b/a Kirshner CBS Music Publishing |
| Line 5 | Date(s) of Registration | 10/14/76   3/9/77 |
| Line 6 | Registration No(s). | Eu 720035   Ep 366514 |
| Line 7 | Date(s) of Infringement | 07/19/2011 |
| Line 8 | Place of Infringement | North Street Steakhouse & Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Good Times a/k/a Rappers' Delight |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 6/27/79   6/16/81 |
| Line 6 | Registration No(s). | PA 37-207   PA 108-303 |
| Line 7 | Date(s) of Infringement | 07/19/2011 |
| Line 8 | Place of Infringement | North Street Steakhouse & Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Rainy Night In Georgia AKA A Rainy Night In Georgia |
| Line 3 | Writer(s) | Tony Joe White |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. |
| Line 5 | Date(s) of Registration | 11/5/69 |
| Line 6 | Registration No(s). | Ep 265049 |
| Line 7 | Date(s) of Infringement | 07/19/2011 |
| Line 8 | Place of Infringement | North Street Steakhouse & Sports Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Dirt Road Anthem |
| Line 3 | Writer(s) | Brantley Gilbert; Colt Ford |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Average Joes Entertainment Group Inc. d/b/a Average Zjs Music Publishing; Brantley Keith Gilbert, an individual d/b/a Indiana Angel Music |
| Line 5 | Date(s) of Registration | 5/10/10 |
| Line 6 | Registration No(s). | PA 1-694-080 |
| Line 7 | Date(s) of Infringement | 07/19/2011 |
| Line 8 | Place of Infringement | North Street Steakhouse & Sports Bar |