UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.,<br>　　Plaintiffs,<br><br>v.<br><br>NORTH STREET STEAKHOUSE &<br>SPORTS BAR, INC.,<br>　　Defendants. | )<br>)<br>)<br>)　C.A. No. 12-10175-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER (REDACTED)

WOLF, D.J.　　　　　　　　　　　　　　　　　　June 20, 2013

　　The court has received the attached letters from defendant Edmond Richardi and his physician, Dr. Edgar L. Milford, regarding Mr. Richardi's medical condition.

　　In view of Dr. Milford's letter particularly, it is hereby ORDERED that:

　　1. The June 24, 2013 hearing is CANCELLED.

　　2. By July 31, 2013, Mr. Richardi shall provide an updated report from Dr. Milford concerning Mr. Richardi's ability to participate in the criminal contempt proceedings if the court deems it appropriate to continue them.

　　3. This Order shall be served on the United States Attorney's Office, which has been appointed to prosecute this matter, and on plaintiffs.

　　3. Because the letters include information concerning Mr. Richardi's medical condition, this Order is hereby SEALED, at least

temporarily. See <u>United States v. Kravetz</u>, 706 F.3d 47 (1st Cir. 2013). A copy of this Order that does not include the letters shall be made part of the public record.

                                                                             /s/ _____
                                                                             UNITED STATES DISTRICT JUDGE